**Order entered April 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01303-CR
No. 05-18-01304-CR

**JIMMY LAPAUL ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 2-17-0345 & 2-17-0346**

## ORDER

Before the Court is the State's April 18, 2019 second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed on or before **May 20, 2019**. If the State's brief is not filed by May 20, 2019, these appeals may be submitted without the State's brief.

/s/     CORY L. CARLYLE
         JUSTICE